**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 882 MAL 2016
                                          :
               Respondent        :  Petition for Allowance of Appeal from
                                          :  the Order of the Superior Court
                                          :
                  v.                   :
                                          :
                                          :
DERRICK WAYNE MOYER,          :
                                          :
               Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.